O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NASHUAN GRACE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID SAMUELS, et al.,<br><br>　　　　　Defendants. | Case No. 2:22-cv-04345-CAS-SP<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　IT IS THEREFORE ORDERED that defendant's Motion for Summary Judgment (docket no. 45) is granted, and Judgment will be entered dismissing plaintiff's Eighth Amendment sexual assault claim without prejudice and dismissing all other claims in the Complaint with prejudice.

Dated: January 5, 2026

　　　　　　　　　　　　　　　　　_/s/ Christina A. Snyder_
　　　　　　　　　　　　　　　　　HONORABLE CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE