JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NASHUAN GRACE, | ) | Case No. 2:22-cv-04345-CAS-SP |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| DAVID SAMUELS, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that plaintiff's Eighth Amendment sexual assault claim is dismissed without prejudice and the remaining claims in the Complaint and this action are dismissed with prejudice.

Dated: <u>January 5, 2026</u>

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE